UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00310-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  EFREN BRITO-BRITO,

    Defendant.

## ORDER

This matter is before the Court on Defendant Efren Brito-Brito's Unopposed Motion for An Extension of Time [#66], filed on January 20, 2007. In the motion, Defendant indicates that the Government does not oppose the relief sought. For the reasons stated below, this motion is granted.

Counsel for Defendant Efren Brito-Brito has shown that additional time is needed for Defendant to schedule a conference regarding the possible disposition of this case with the Assistant United States Attorney.

I also find that speedy trial deadlines are tolled pursuant to 18 U.S.C. § 3161(h)(1)(F) since Defendant Efren Brito-Brito has filed motions that have not yet been heard or decided.

Based on the foregoing, it is

ORDERED that Defendant Efren Brito-Brito's Unopposed Motion for An Extension of Time [#66], is **GRANTED.** It is

FURTHER ORDERED that Defendant Efren Brito-Brito shall file a status report or notice of disposition on or before **Tuesday, February 20, 2007**.

Dated:  January 24, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge