UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00310-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  EFREN BRITO-BRITO,

      Defendant.

## ORDER

      THIS MATTER is before the Court on the Government's amended motion pursuant to the provisions of Rule 46(e)(1), Fed. R.Crim. P., for forfeiture of defendant Efren Brito-Brito's Appearance Bond, secured by a notice of lien in the amount of $19,464.98 in the single family residence located at 145 Maximus Drive, Littleton, Douglas County, Colorado, on the grounds set forth in that motion, and this Court, after having the opportunity to review the pleading, its file, and being otherwise fully advised in the premises, it is hereby

      ORDERED that the Goverment's Amended Motion [Docket #85] is **GRANTED**. Accordingly, it is

      FURTHER ORDERED that the Defendant's appearance bond is hereby **FORFEITED** to the Government of the United States of America.

      Dated:  August 8, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge.